**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAOT-25-0000374
20-JUN-2025
07:59 AM
Dkt. 5 ODSLJ**

NO. CAOT-25-0000374

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JASON FLETCHER, Petitioner, v
STATE OF HAWAIʻI, Respondent.

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka, Wadsworth, JJ.)

Upon review of the record, the court finds that self-represented Petitioner Eric Fletcher's (**Fletcher**) April 25, 2025 Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody appears to seek affirmative relief in the nature of a federal petition for writ of habeas corpus, which this court lacks jurisdiction to decide.  Therefore, IT IS HEREBY ORDERED that case No. CAOT-25-0000374 is dismissed for lack of jurisdiction without prejudice to Fletcher seeking relief from the appropriate court having jurisdiction.

Dated: Honolulu, Hawaiʻi June 20, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge